HONORABLE JAMAL N. WHITEHEAD

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

ZINAH AL OBAIDI, an individual,

Plaintiff,

v.

NATIONWIDE MUTUAL INSURANCE COMPANY, a foreign insurer,

Defendant.

No. 2:26-cv-01157-JNW

STIPULATION AND ORDER EXTENDING TRIAL DATE AND RELATED DEADLINES

NOTE ON MOTION CALENDAR: November 24, 2026

CLERK'S ACTION REQUIRED

**STIPULATION**

IT IS HEREBY STIPULATED by and between counsel for the parties that the trial date and related pre-trial deadlines be continued for the reasons described below and that the case schedule be amended to a trial date of **November 8, 2027**, with corresponding pre-trial deadlines continued and set accordingly by the Clerk based on the new trial date.

There is good cause for this continuance because the parties just entered a stipulated protective order, and additional time is necessary to conduct and complete discovery and to allow time for expert witnesses to prepare their opinions. The parties do



KNUDSEN LAW OFFICE PLLC
1818 Westlake Ave. N., Suite 316
Seattle, Washington 98109
Tel. 206-238-9083

not want to impair their experts' ability to have complete discovery and deposition testimony available to fully form their opinions and draft their reports.

The parties do not anticipate needing another continuance.

DATED this 24th day of November, 2026.

**KNUDSEN LAW OFFICE, PLLC**

By: s/ *Kathryn Knudsen*
Kathryn M. Knudsen, WSBA #41075
knudsen@knudsenlawoffice.com

**CEDAR VIEW LAW, PLLC**

By: s/ *Heather Derenski*
Heather Noelle Derenski, WSBA No. 59366
heather@cedarviewlaw.com

***Attorneys for Plaintiff***

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Kirsten Curtis*
Lloyd Bernstein, WSBA No. 46244
Lloyd.bernstein@wilsonelser.com
Kirsten Curtis, WSBA No. 48985
Kirsten.curtis@wilsonelser.com

***Attorneys for Defendant Nationwide***



KNUDSEN LAW OFFICE PLLC
1818 Westlake Ave. N., Suite 316
Seattle, Washington 98109
Tel. 206-238-9083

**ORDER**

Pursuant to the foregoing stipulation of the parties, and the Court being otherwise advised fully of the premises, now therefore, it is hereby:

ORDERED that deadlines in this matter are continued as follows, and the Clerk is directed to issue an amended case schedule accordingly:

Trial is reset for **November 8, 2027**, with corresponding pre-trial deadlines to be continued and set accordingly by the Clerk based on the new trial date.

The Honorable Jamal N. Whitehead
United States District Court Judge

Presented by:

**KNUDSEN LAW OFFICE, PLLC**

By: s/ *Kathryn Knudsen*
Kathryn M. Knudsen, WSBA #41075
knudsen@knudsenlawoffice.com



KNUDSEN LAW OFFICE PLLC
1818 Westlake Ave. N., Suite 316
Seattle, Washington 98109
Tel. 206-238-9083

**CEDAR VIEW LAW, PLLC**

By: s/ *Heather Derenski*
Heather Noelle Derenski, WSBA No. 59366
heather@cedarviewlaw.com

***Attorneys for Plaintiff***

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Kirsten Curtis*
Lloyd Bernstein, WSBA No. 46244
Lloyd.bernstein@wilsonelser.com
Kirsten Curtis, WSBA No. 48985
Kirsten.curtis@wilsonelser.com

***Attorneys for Defendant Nationwide***